# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Bennett, Thomas B. | 2. Court or Organization<br><br>U.S. Bkr. Ct. for N.D. Ala. | 3. Date of Report<br><br>04/30/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

1800 5th Avenue North
Robert Vance Federal Building
Birmingham, Alabama 35203

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bennett, Thomas B. | 04/30/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 01/10/12 | Trust--Trustee Fee (Gross sum w/o deduction for expenses) | $12,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Alabama State Bar | 6/20-6/23/13 | Destin, FL. | CLE Program | Partial transportation, lodging, partial meals. |
| 2. | National Conference of Bankruptcy Judges | 10/29-11/02/13 | Atlanta, GA | Professional Association Acitivity | Partial transportation, lodging, meals |
| 3. | American College of Bankruptcy | 3/14-3/17/13 | Washington, DC | CLE Program and Professional Association Activity | Partial transportation, lodging, and meals |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bennett, Thomas B. | 04/30/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bennett, Thomas B. | 04/30/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Regions Bank - deposit account | | None | J | T | | | | | |
| 2. Citizens Bank - deposit account | | None | J | T | | | | | |
| 3. United Bank - deposit account | | None | J | T | | | | | |
| 4. BB & T - deposit account | | None | J | T | | | | | |
| 5. Wells Fargo - deposit account | | None | J | T | Open | 07/02/13 | J | | |
| 6. IRA: | | | | | | | | | |
| 7. HilliardLyons Money Market | C | Dividend | K | T | Buy/Sell | Vari. | N | | See Note 1 Part VIII |
| 8. | | | | | Distributed (part) | 05/20/13 | K | | Distbn. To Judge |
| 9. Cullen Frost Bankers Inc. Non Cum. pfd.-A, 5.375% | C | Dividend | K | T | Buy | 02/13/13 | K | | |
| 10. United Bankshares, Inc. WV | B | Dividend | | | Buy | 04/16/13 | K | | |
| 11. | | | | | Sold | 12/02/13 | K | D | |
| 12. ENI Spa, ADR | A | Dividend | | | Buy | 07/24/13 | K | | |
| 13. | | | | | Sold | 11/13/13 | K | B | |
| 14. Calumet Specialty Products Partners LP | A | Dividend | K | T | Buy | 07/25/13 | K | | |
| 15. Apple Bank for Savings, CD, .300%, due 03/19/13 | A | Interest | | | Redeemed | 03/19/13 | N | | |
| 16. Beal Bank USA, CD, .45%, due 07/03/13 | A | Interest | | | Redeemed | 07/03/13 | M | | |
| 17. Trust: | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Neuberger & Berman Focus Fund-mutual fund | A | Dividend | J | T | | | | | |
| 19. HilliardLyons, Inc. Govt. Fund-money market | B | Dividend | K | T | Buy/Sell | Vari. | O | | See Note 2 Part VIII |
| 20. | | | | | Distributed (part) | 04/08/13 | J | | Distbn. to Beneficiary |
| 21. | | | | | Distributed (part) | 07/08/13 | J | | Distbn. to Beneficiary |
| 22. | | | | | Distributed (part) | 10/10/13 | J | | Distbn. to Beneficiary |
| 23. | | | | | Distributed (part) | 12/26/13 | K | | Distbn. to Beneficiary |
| 24. | | | | | Distributed (part) | 01/23/13 | J | | Payment of Trustee Fee |
| 25. Mineral Interest Hart #2 & Denmark #1, Marion County, WV | A | Royalty | J | T | | | | | |
| 26. Mineral Interest Hawker Wells, Marion Cty, WV | B | Royalty | J | T | | | | | |
| 27. Mineral Interest Speedway Play, Roane Cty., WV | | None | J | T | | | | | |
| 28. Lease O & G 58.54 acres, Harrison Cty, WV--PetroEdge Energy | | None | J | T | | | | | |
| 29. Lease O & G 97.75 acres, Mannington Dist., WV--EQT Prod. | A | Royalty | J | T | | | | | |
| 30. Peoples Bank of Wisconsin, 2.5%, CD, 09/04/13 | B | Interest | | | Redeemed | 09/04/13 | K | | |
| 31. Sallie Mae Bank, 3.35%, CD, 05/28/13 | A | Interest | | | Redeemed | 05/28/13 | K | | |
| 32. First Sentry Bank, 1.8%, C,D 01/22/13 | A | Interest | | | Redeemed | 01/22/13 | K | | |
| 33. Regions Financial Corp., 4.875%, Sr. Note, 04/26/13 | B | Interest | | | Redeemed | 04/26/13 | L | | |
| 34. Morgan Stanley Med. Term Note, 4.2%, 04/26/13 | C | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bennett, Thomas B. | 04/30/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Dow Chemical Co., internotes, 3.3%, 09/15/15 | B | Interest | K | T | | | | | |
| 36. Dow Chemical co., internotes, 4.1%, 09/15/17 | B | Interest | | | Redeemed | 09/16/13 | K | | |
| 37. Morgan Stanley Dean Witt., Sr. Note, 4.0%, 09/22/20 | C | Interest | | | Redeemed | 09/23/13 | L | | |
| 38. Apple Bank for Savings, CD | A | Interest | | | Redeemed | 03/19/13 | L | | |
| 39. Beal Bank USA, CD | A | Interest | | | Redeemed | 07/03/13 | L | | |
| 40. Everbank, CD | A | Interest | | | Redeemed | 03/28/13 | L | | |
| 41. Bank of China New York, CD | A | Interest | | | Redeemed | 06/26/13 | L | | |
| 42. Gen. Elec. Cap. Corp, Internotes, 3.2%, Due 02/15/21 | B | Interest | K | T | | | | | |
| 43. Safra Nat'l. Bk. of N.Y., CD 0.4% | A | Interest | | | Redeemed | 02/22/13 | K | | |
| 44. Gen. Elec. Cap. Corp. Internotes, 4.0%, Due 02/15/23 | B | Interest | K | T | | | | | |
| 45. Goldman Sachs Group Inc., Med. Term Note, 3.5%, due 02/15/16 | B | Interest | K | T | | | | | |
| 46. Cullen Frost Bankers Inc, pfd-A, 5.375% | B | Interest | K | T | Buy | 02/13/13 | K | | |
| 47. United Bankrshares Inc. WV | B | Dividend | | | Buy | 03/04/13 | K | | |
| 48. | | | | | Sold | 12/02/13 | K | D | |
| 49. Prudential Financial Inc., pfd Jr. Sub. Note, 5.7% | B | Dividend | K | T | Buy | 03/07/13 | K | | |
| 50. Gen. Elec. Cap. Corp. Internotes, 4.0%, 2/24/32 | A | Interest | K | T | Buy | 04/04/13 | L | | |
| 51. Goldman Sachs Group Inc. Medium Term Note, 3.250%, 03/20/29 | A | Interest | K | T | Buy | 04/04/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Amer. Express Centurion Bank, CD, 1.1%, 07/18/15 | A | Interest | L | T | Buy | 07/09/13 | M | | |
| 53. Bank of China, CD, .350%, 01/17/14 | A | Interest | K | T | Buy | 07/09/13 | L | | |
| 54. Bank of China, CD, 0.5%, 07/17/14 | A | Interest | K | T | Buy | 07/09/13 | L | | |
| 55. Calument Specialty Products Partners LP. | A | Dividend | K | T | Buy | 07/25/13 | K | | |
| 56. ENI Spa, ADR | A | Dividend | | | Buy | 07/24/13 | K | | |
| 57. | | | | | Sold | 11/13/13 | K | B | |
| 58. Ally Bank, CD, 0.85%, 10/01/15 | A | Interest | M | T | Buy | 09/23/13 | M | | |
| 59. Bank of India, CD, 0.5%, 09/30/14 | A | Interest | L | T | Buy | 09/23/13 | M | | |
| 60. Bankof India, CD, 0.45%, 04/02/14 | A | Interest | L | T | Buy | 09/24/13 | M | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note 1 to Part VII, Investments and Trusts: This is a money market account with respect to which there were various deposits and withdrawals. The money market fund investments are not under the control of the owner(s) and/or beneficiary(ies). Also, all deposits and withdrawals are reflected on lines 7 through 16 of Part VII and were composed of dividends, interest, sales proceeds, redemption proceeds, call proceeds, purchases, and distributions to Judge as described on the referenced lines of Part VII.

Note 2 to Part VII, Investments and Trusts. This is a money market account with respect to which there were various deposits and withdrawals. The money market fund investments are not under the control of the owner(s) and/or beneficiary(ies). Also, all deposits and withdrawals are reflected on lines 18 through 60 of Part VII and line 1 of Part III A and were composed of dividends, interest, sale proceeds, redemption proceeds, call proceeds, purchases and distributions to the income beneficiary as described on lines 18 through 23 and lines 25 through 60 of Part VII along with the Trustee payment referenced on line 1 of Part III A and on line 24 of Part VII..

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Thomas B. Bennett**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544